IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  MAGISTRATE NO. 3:08mj109-LRA

THE COUNTRY CLUB OF JACKSON,
MISSISSIPPI

## ORDER DISMISSING COMPLAINT

BY LEAVE OF COURT endorsed hereupon, the Court grants the government's motion to dismiss the complaint with prejudice.

SO ORDERED, this the 1st day of April, 2010

LINDA R. ANDERSON
MAGISTRATE JUDGE